UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CALL YOUR MOTHER CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUBBIES BAGELS LLC, a New Jersey limited liability company,<br><br>Defendant. | Case No. 3:25-cv-17661<br><br>Hon. Robert Kirsch<br><br>**[PROPOSED] ORDER FOR STIPULATION FOR DISMISSAL AND RETENTION OF JURISDICTION**<br><br>Complaint Filed: November 18, 2025 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulation for Dismissal and Retention of Jurisdiction is GRANTED

IT IS HEREBY ORDERED that the above-captioned action be DISMISSED WITHOUT PREJUDICE; however, the Court is retaining jurisdiction to enforce the settlement between the Parties until performance in full of the terms of the settlement.

IT IS SO ORDERED.

Dated: January 12, 2026

The Honorable Robert Kirsch
United States District Judge